IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| David Lassey and Sonja Lassey, Allan and Donna Lassey, and Steven Lassey, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Dakota Access, LLC, | ) ) | Case No. 1:22-cv-096 |
| Defendant. | ) | |

Before the Court is the Plaintiffs' "Notice of Voluntarily Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)." (Doc. No. 10). Plaintiffs requests dismissal of its action prior to service of an answer. The Court **ADOPTS** Plaintiff's notice (Doc. No. 10) and **ORDERS** the action be dismissed without prejudice and without costs or disbursements to any party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated this 30th day of August, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court